[Cite as *Gales v. Dept. of Rehab. & Corr.*, 2026-Ohio-2874.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| LACHANDA GALES | Case No. 2025-00893PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTION | |
| Respondent | |

{¶1} In this public-records case, a special master has issued a supplemental report and recommendation. The special master recommends that the court find that respondent has complied with the judgment entry issued on February 2, 2026, and that the court deny the Motion to Enforce Final Judgment, for Sanctions, and for Order to Show Cause filed by requester on March 5, 2026.

{¶2} Neither requester nor respondent has filed timely written objections to the supplemental report and recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the court finds that there is no error of law or other defect evident on the face of the supplemental report and recommendation. The court adopts the supplemental report and recommendation.

{¶3} In accordance with the special master's recommendations, the court finds that respondent has complied with the judgment entry issued on February 2, 2026.

Requester's March 5, 2026 Motion to Enforce Final Judgment, for Sanctions, and for Order to Show Cause is DENIED. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

LISA L. SADLER
Judge

**Filed June 18, 2026**
**Sent to S.C. Reporter 7/27/26**